IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ARTURO S. MEDRANO, <br> TDCJ No. 1894196, <br><br> Petitioner, <br><br> V. <br><br> DIRECTOR, TDCJ-CID, <br><br> Respondent. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | No. 3:24-CV-2897-D |

## **ORDER**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Petitioner then filed a motion seeking permission to file an original writ of habeas corpus pursuant to 28 U.S.C. § 2254.

The undersigned district judge has reviewed *de novo* the proposed findings, conclusions, and recommendation of the magistrate judge. Finding no error, the court adopts the findings, conclusions, and recommendation of the United States Magistrate Judge.

The court therefore transfers petitioner's unauthorized successive 28 U.S.C. § 2254 habeas application to the United States Court of Appeals for the Fifth Circuit for appropriate action.

Because the court is transferring the application to the Fifth Circuit, a certificate of appealability ("COA") is not necessary. *See United States v. Fulton*, 780 F.3d 683, 688 (5th Cir. 2015) ("[A] transfer order under 28 U.S.C. § 1631 is not a final

1

order within the meaning of § 2253(c)(1)(B), and the appeal of such an order does not require a COA."); *Guel-Rivas v. Stephens*, 599 Fed. Appx. 175, 175 (5th Cir. 2015) (per curiam) (applying *Fulton*'s holding to transfer of a successive Section 2254 application).

    SO ORDERED.

    May 27, 2025.

                                    SIDNEY A. FITZWATER
                                    SENIOR JUDGE